IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH W. CLARK, | ) | 4:10CV3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES, Sgnt, Lancaster Police | ) | |
| Department, Badge #1370, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 4:09CV3259 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 4:09CV3259 was assigned to Senior Judge Lyle E. Strom.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from Senior Judge Warren K. Urbom to Senior Judge Lyle E. Strom.

2. This matter remains assigned to the pro se docket.

DATED this 30th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge